DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AWILDA IRIS VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AWILDA IRIS VASQUEZ,<br><br>Defendant. | No. 2:11-CR-00508-KJN<br><br>STIPULATION TO CONTINUE AND EXCLUDE TIME<br><br>Date: May 14, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for AWILDA IRIS VASQUEZ, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing on March 21, 2012 at 9:00 a.m. and set the trial confirmation hearing for April 11, 2012 at 9:00 a.m., and that the Court vacate the jury trial

for April 9, 2012 at 9:00 a.m. and set the jury trial for May 14, 2012 at 9:00 a.m.

This continuance is requested because the parties are in the process of investigation and need more time to prepare. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the trial confirmation hearing which is set for April 11, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A).

Dated: March 16, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
AWILDA IRIS VASQUEZ

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated: March 16, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE