DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AWILDA IRIS VASQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0508-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CHANGE OF PLEA |
| v. | ) | |
| | ) | |
| AWILDA IRIS VASQUEZ, | ) | Date: April 25, 2012 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for AWILDA IRIS VASQUEZ, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing set for April 11, 2012 at 9:00 a.m., and vacate the jury trial on May 14, 2012 at 9:00 a.m., and set a change of plea hearing for April 25, 2012 at 9:00 a.m.

Dated:  March 28, 2012
          DANIEL J. BRODERICK
          Federal Defender

          /s/ Linda Harter
          LINDA HARTER
          Chief Assistant Federal Defender
          Attorney for Defendant
          AWILDA IRIS VASQUEZ

          /s/ David J. Gallegos
          DAVID J. GALLEGOS
          Certified Student Attorney

Dated:  March 28, 2012
          BENJAMIN B. WAGNER
          United States Attorney

          /s/ David Petersen
          DAVID PETERSEN
          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip to Change Plea        -2-